MILTON LEWIN, an Infant, by SAMUEL LEWIN, His Guardian ad Litem, Respondent, v. BROWN DRIVE IT YOURSELF CORPORATION, and Others, Defendants.

CHARLES A. BUCKLEY, as Chamberlain of the City of New York, Appellant.

Supreme Court, Appellate Term, First Department, May 6, 1932.

*Arthur J. W. Hilly, Corporation Counsel,* for the appellant.

*Melvin S. Brotman,* for the respondent.

PER CURIAM. After the litigation had terminated and the proceeds received for the benefit of the infant had been deposited with

the city chamberlain the court had no power to direct payment thereof to the guardian *ad litem*. Nor do we find any provision of law dispensing with the giving of the bond required by rule 41 of the Rules of Civil Practice under the circumstances which the record discloses.

Order reversed, with ten dollars costs and disbursements, and motion denied.

All concur; present, LEVY, CALLAHAN and UNTERMYER, JJ.